The Commonwealth of Massachusetts
Commission against Discrimination
484 Main Street, Room 320, Worcester, MA 01608
Phone: (508) 453-9630  Fax: (508) 755-3861

MCAD DOCKET NUMBER: 16WEM02994
FILING DATE: 11/03/16

EEOC/HUD CHARGE NUMBER: 16C-2017-00171
VIOLATION DATE: 10/13/16

RECEIVED
NOV 03 2016

Name of Aggrieved Person or Organization:
Darren J. Senecal
291 Glenallen St.
Winchendon, MA 01475
Primary Phone: (978)660-3164

Named is the employer, labor organization, employment agency, or state/local government agency who discriminated against me:
Mount Wachusett Community College Foundation, Inc.
Attn: Legal Dept./HR
444 Green St.
Gardner, MA 01440

No. of Employees:       25+

Work Location: Gardner, MA

Cause of Discrimination based on:
National Origin (Asian Pacific Islander); Race/Color (Black); Disability (Pseudofolliculitis Barbae); Retaliation

The particulars are:
I, Darren J. Senecal, the Complainant believe that I was discriminated against by Mount Wachusett Community College Foundation, Inc., on the basis of National Origin (Asian Pacific Islander), Race/Color (Black), Disability (Pseudofolliculitis Barbae), and Retaliation. This is in violation of M.G.L. c. 151B, Section 4, Paragraphs 1, 16, 4 and Title VII, ADA.

1. I am Black. My national origin is Asian Pacific Islander. I am disabled (Pseudofolliculitis Barbae). I have suffered with my condition since adolescent years. My condition does not interfere with my ability to perform the essential functions of my job.
2. On October 27, 2002, I was hired by Respondent as a full time campus police officer. I have always performed my job duties satisfactorily.
3. On April 13, 2016, I was walking in the basement hallway when I came across a large group of people. One of the individuals present was W.S. (White; American), director of building maintenance, he looked at me in a snide manner and said, "What did you do, join ISIS?" W.S. was referring to my facial hair and look). I replied, "That is not politically correct. I have a medical condition." W.S. then stated, "That is politically correct;" and laughed loudly gesturing towards me with his hands causing a scene and then repeated "Are you joining ISIS?" W.S. continued to gesture towards me and laughed loudly with P.P. (White; American) from DECAM and six (6) or so construction workers who were contract employees. J.B. (White; American), plumber, was also present, he was the only person in the group that was not laughing at me. I was distraught by what had happened to me. I was so upset that I became tearful and angry that I was treated in such a horrible manner by someone who is supposed to be a manager. I immediately reported this incident to my supervisor, Chief K.K. She informed me that she would talk to W.S. and have him apologize. Later that day, W.S., apologized for his comments, but I do not believe his apology was sincere.
4. On April 14, 2016, I went to HR to file an "Affirmative Action Discrimination Complaint Form" against W.S. Due to me filing a complaint; an internal investigation was launched by Respondent.
5. On July 8, 2016, I received the final findings of my discrimination report filed on April 14, 2016. Respondent found evidence of race/color and national origin discrimination.
6. On August 25, 2016, W.S. held a department meeting with facilities and handed out the policy on non-discrimination. The same day the policy on affirmative action, equal opportunity and diversity policy appeared hanging from the ceiling in the shared break room. It was hanging from string and my co-workers were laughing about how unprofessional it was that they would just hang it there like it was a joke. I do not believe my complaint of discrimination was addressed appropriately.

MCAD Docket Number 16WEM02994, Complaint