UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DARREN J. SENECAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 4:20-cv-40011 |
| ) | |
| MOUNT WACHUSETT COMMUNITY ) | |
| COLLEGE, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL**

Now come the parties, plaintiff Darren Senecal and defendant Mount Wachusett Community College, by and through their counsel, and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)((ii), hereby stipulate that all claims asserted in this action be dismissed with prejudice and without interest, costs or attorneys' fees.

All rights of appeal are hereby waived.

1

Respectfully submitted,

| Plaintiff DARREN SENECAL | Defendant MOUNT WACHUSETT COMMUNITY COLLEGE |
|---|---|
| By his Attorney | By its Attorneys, |
| /s/<br>Michael Sheridan, Esq.<br>181 Daniel Shays Highway<br>Orange, MA 01364<br>(978) 633-4032<br>m.p.sheridan@verizon.net<br><br>Date: November __, 2021 | MAURA HEALEY<br>ATTORNEY GENERAL<br><br>/s/<br>Katherine B. Dirks, BBO# 673674<br>Assistant Attorney General<br>Government Bureau/Trial Division<br>One Ashburton Place, Room 1813<br>Boston, MA 02108<br>(617) 963-2277<br>katherine.dirks@mass.gov<br><br>Date: November __, 2021 |

**CERTIFICATE OF SERVICE**

  I, Michael Sheridan, Counsel or the Plaintiff, hereby certify that I have this day, December 2, 2021, served the foregoing document upon all parties by electronically filing to all ECF registered parties and by sending a postage prepaid copy to all unregistered parties.

              /s/ *Michael Sheridan*
              Michael Sheridan, BBO# 665196